IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

'08 - CV - 00587 BNB

Civil Action No. _____

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2008

GREGORY C. LANGHAM
CLERK

ARTHUR J. GRIFFIN, JR.,

Applicant,

v.

DIRECTOR NEWTON/NE,
DIRECTOR LOVINGER/COLO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO/NEBRASKA,

Respondents.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, two different versions of an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, a document titled "Applicant/Defendant's Motion (for) Summary Judgement [sic], Fundamental Fairness," a document titled "Motion to Amed [sic] & Update Writ of Mandamus and Pending Cases," a document titled "Defense's Motion to Amend Writ of Mandamus, in Pending Incompetency Cases," and a document titled "Motion to Amend & Update Applicant, Motion for Writ of Mandamus Law Review." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order. Notwithstanding these deficiencies, the clerk of

the court will be directed to commence a new civil action. Applicant will be directed to cure the following if he wishes to pursue his claims in this action. Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other:

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) xx other: <u>Applicant has submitted two versions of his pleading. All copies of the Application must be identical to the original.</u>

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Applicant files in response to this order must include the civil action number on this order. It is

2

FURTHER ORDERED that the clerk of the court mail to Applicant, together with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 21st day of March, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08 - CV - 00587-BNB**

Arthur J. Griffin, Jr.
Prisoner No. 0262518
Booking No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk