IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00587-BNB

ARTHUR J. GRIFFIN, JR.,

Applicant,

v.

DIRECTOR LOVINGER/COLO.,
DIRECTOR NEWTON/NE., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO/NEBRASKA,

Respondents.

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

Applicant, Arthur J. Griffin, Jr., is an inmate at the Denver County Jail in Denver, Colorado. Mr. Griffin initiated this action by filing *pro se* a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, two different applications for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a number of other motions to amend and update that make no sense. On March 21, 2008, the court entered an order directing the clerk of the court to commence this civil action and directing Mr. Griffin to cure certain deficiencies if he wishes to pursue his claims. More specifically, the court ordered Mr. Griffin to submit a certified copy of his inmate trust fund account statement and one version of his application for a writ of habeas corpus.

On March 27, 2008, Mr. Griffin filed two more versions of his habeas corpus application. On April 1, 2008, he filed another motion to amend that makes no sense. On April 2, 2008, Mr. Griffin filed a certified copy of his inmate trust fund account

statement. Based on the financial information in the account statement, the motion seeking leave to proceed *in forma pauperis* will be granted.

The court must construe the various applications filed by Mr. Griffin liberally because he is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Griffin will be ordered to file one amended application that clarifies the claims he is asserting in this action.

The court has reviewed the habeas corpus applications and finds that the applications are deficient because Mr. Griffin fails to identify the conviction he is challenging and he fails to assert, clearly and concisely, the specific claims he is raising and the specific facts that support each claim. Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Griffin go beyond notice pleading. **See Blackledge v. Allison**, 431 U.S. 63, 75 n.7 (1977). He must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. **See Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Therefore, Mr. Griffin will be ordered to file one amended application that identifies the conviction he is challenging, the specific claim or claims for relief he is asserting, and the specific facts that support each asserted claim. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action filed on March 13, 2008, is granted. It is

FURTHER ORDERED that Mr. Griffin file **within thirty (30) days from the date of this order** one amended habeas corpus application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Griffin, together with a copy of this order, one copy of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Mr. Griffin fails within the time allowed to file an amended application as directed, the action will be dismissed without further notice. It is

FURTHER ORDERED that all pending motions in this action are denied as moot.

DATED April 4, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00587-BNB

Arthur J. Griffin, Jr.
Prisoner No. 0262518
Booking No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 4/4/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk