IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00587-BNB

ARTHUR J. GRIFFIN, JR.,

Applicant,

v.

DIRECTOR LOVINGER/COLO.,
DIRECTOR NEWTON/NE., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO/NEBRASKA,

Respondents.

_____

ORDER OF DISMISSAL

_____

Applicant Arthur J. Griffin, Jr., initiated this action by filing *pro se* a motion

seeking leave to proceed *in forma pauperis*, two different applications for a writ of

habeas corpus pursuant to 28 U.S.C. § 2254, and a number of motions to amend and

update that make no sense. On March 21, 2008, Magistrate Judge Boyd N. Boland

entered an order directing the clerk of the Court to commence this civil action and

directing Mr. Griffin to cure certain deficiencies if he wished to pursue his claims. In

response to the order to cure the deficiencies, Mr. Griffin filed two more versions of his

habeas corpus application, a certified copy of his inmate trust fund account statement,

and three more motions to amend that make no sense.

On April 4, 2008, Magistrate Judge Boland entered an order granting Mr. Griffin

leave to proceed *in forma pauperis* and directing him to file one amended application

for a writ of habeas corpus that clarifies the claims he is asserting in this action. Mr.

Griffin was warned that the action would be dismissed without further notice if he failed to file an amended application as directed within thirty days.

On April 10, 2008, Mr. Griffin filed a motion to amend that makes no sense. On April 15, 2008, he filed another motion to amend that makes no sense and a copy of a letter to the Denver District Court from two doctors who evaluated Mr. Griffin for competency to proceed in his state court criminal cases. On April 16, 2008, Mr. Griffin filed another motion to amend that makes no sense. On April 22, 2008, Mr. Griffin filed copies of other paperwork filed in his state court cases.

Mr. Griffin has failed within the time allowed to file an amended application that clarifies the claims he is asserting as directed in Magistrate Judge Boland's April 4 order. Therefore, the action will be dismissed without prejudice for failure to file an amended application as directed. Accordingly, it is

ORDERED that the habeas corpus applications are denied and the action is dismissed without prejudice for failure to file an amended application as directed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 15 day of _____ May _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00587-BNB

Arthur J. Griffen, Jr.
Prisoner No. 0262518
Booking No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on ⎵5/16/08⎵

GREGORY C. LANGHAM, CLERK

By:⎵⎵⎵⎵ _Angie_ ⎵⎵⎵⎵
           Deputy Clerk